UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    12-cr-00108-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.   TRAVIS A. NIGHTINGALE,

     Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Change of Plea hearing is set for **Tuesday, May 29, 2012 at 1:30 p.m.**.in Courtroom A1002.

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**   If the documents are not timely submitted, the hearing will be **VACATED**.   **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:   May 4, 2012.